# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HEALTHPRO THERAPY SERVICES, LLC, | : | Civil No. 3:17-CV-01959 |
| Plaintiff, | : | |
| v. | : | |
| RIDGEVIEW OPERATIONS LLC d/b/a RIDGEVIEW HEALTHCARE AND REHABILITATION CENTER, | : | |
| Defendant. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 15th day of March, 2021, in accordance with the accompanying memorandum of law, **IT IS ORDERED** as follows:

1) Judgment is entered in favor of Plaintiff as to Count I of the amended complaint for breach of contract and as to Defendant's breach of contract counterclaim in the amount of $368,020.30, plus Plaintiff's attorneys' fees and costs.
2) Plaintiff's unjust enrichment claim, which was plead in the alternative as Count II in the amended complaint, is **DISMISSED AS MOOT**.
3) The court defers ruling on the total amount of damages owed by Defendant pending review of the parties' submissions on Plaintiff's attorneys' fees and costs.
4) Within seven days of this order, Plaintiff shall file documentation of its attorneys' fees and costs. Defendant shall have seven days to file any opposition thereto, and Plaintiff, thereafter, shall have seven days to file a reply.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania